CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 17 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AZALE WHITE, </br> Plaintiff, | Civil Action No. 7:13-cv-00106 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By: Michael F. Urbanski |
| C/O D. CLINE, | United States District Judge |
| Defendant(s). | |

Azale White, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 20, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the required paperwork enclosed and noted in the conditionally filed Order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 16 day of April, 2013.

/s/ Michael F. Urbanski
United States District Judge