# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 7 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **AZALE WHITE,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:13-cv-00106 |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **C/O D. CLINE,** | ) | **By:** Michael F. Urbanski |
| **Defendant(s).** | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This /6ᵗ day of April, 2013.

/s/ Michael F. Urbanski

United States District Judge